Paul CROSE, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

February 11, 1949.

Diederich & Lycan and Baxter Arnett, for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.